IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
MAR 1 2 2010
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CR 10-011-JHP |
| DANIEL GREG GIBSON, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

**[18 U.S.C. § 1001 -- False Statements]**

On or about January 28, 2008, in Sequoyah County, within the Eastern District of Oklahoma, the defendant, **DANIEL GREG GIBSON**, did knowingly and intentionally make and use false and fictitious writings and documents to wit: one fraudulent receipt which was presented, by the defendant to the Department of Labor, as a valid Wal-Mart receipt dated "02/13/07" and one fraudulent receipt which was presented, by the defendant to the Department of Labor, as a valid Staples receipt dated "10/22/07", knowing the same to contain materially false and fictitious statements, in a matter within the jurisdiction of the United States Department of Labor, in violation of Title 18, United States Code, Section 1001.

SHELDON J. SPERLING
United States Attorney

GREGORY DEAN BURRIS, OBA# 16995
Assistant United States Attorney